# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| SALVADOR BANKS, | : | |
| Petitioner | : | |
| VS. | : | |
| BIBB COUNTY, GEORGIA, | : | NO. 5:10-CV-468 (MTT) |
| Respondent | : | |
| | : | **O R D E R** |

Petitioner **SALVADOR BANKS**, an inmate at the Bleckley Probation Detention Center, has filed a Petition for Writ of Mandamus designated for the "Superior Court of Bibb County." Petitioner is challenging the computation of his time served in the Bibb County Jail.

It appears to the undersigned that petitioner has mistakenly filed his petition for writ of mandamus in this Court. On December 1, 2010, this Court advised petitioner that, prior to challenging in federal court the computation of his time served, he must first exhaust his state court remedies. Petitioner appears to be attempting to exhaust by filing the instant petition in the Superior Court of Bibb County.

Accordingly, the undersigned will **DISMISS WITHOUT PREJUDICE** the instant petition so that petitioner may file his petition in the Superior Court of Bibb County. The Superior Court of Bibb County's address is 601 Mulberry Street, Macon, Georgia 31201.

**SO ORDERED**, this 21st day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr